IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JULIA FERREIRA,<br><br>         Plaintiff,<br><br>   vs.<br><br>IRON GATE WAIKIKI LLC, *et al.*,<br><br>         Defendants. | Case No. 26-cv-00201-DKW-KJM<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**[1] |

On April 17, 2026, *pro se* Plaintiff Julia Ferreira filed a Complaint against Iron Gate Waikiki LLC, Iron Gate AZREP LLC, and Hilton Worldwide Holdings Inc.  Dkt. No. 1.  On April 20, 2026, Ferreira filed an Amended Complaint.  Dkt. No. 5.  Ferreira has also filed an application to proceed *in forma pauperis* ("IFP Application").  Dkt. No. 3.  For the reasons that follow, the IFP Application is GRANTED.

Federal courts can authorize the commencement of any suit without prepayment of fees or security by a person who submits an affidavit that demonstrates an inability to pay.  *See* 28 U.S.C. § 1915(a)(1).  While Section 1915(a) does not require a litigant to demonstrate absolute destitution, *Adkins v. E.I. Du Pont*

---

[1]Pursuant to Local Rule 7.1(c), the Court finds these matters suitable for disposition without a hearing.

*de Nemours & Co.*, 335 U.S. 331, 339 (1948), the applicant must nonetheless show that she is "unable to pay such fees or give security therefor," 28 U.S.C. § 1915(a).

Here, Ferreira has made the required showing under Section 1915(a).  In the IFP Application, Ferreira states that she is currently unemployed and receives approximately $2,433.83 per month in worker's compensation.  Dkt. No. 3 at 1.  Her only other declared source of income was a "[o]ne time sale of [a] personal item" on eBay for $300, with "no future payments expected."  *Id*.  Ferreira further states that she has overdrawn her checking or savings account in the amount of $47.42, has no dependents, and owns no automobile, real property, or financial instruments.  *Id*. at 2.  Ferreira reportedly pays a total of $2,243 for various monthly expenses (rent, groceries, phone and internet bills, etc.) and has outstanding debts exceeding $23,000.

In light of these figures, Ferreira's income falls below the poverty threshold identified by the Department of Health and Human Services' ("HHS") 2026 Poverty Guidelines,[2] and she has insufficient income and/or assets to pay the filing fee.  *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).  In addition, Ferreira has insufficient assets to provide security.  As a result, the Court GRANTS the IFP Application, Dkt. No. 3.

---

[2]HHS Poverty Guidelines, available at:
https://aspe.hhs.gov/sites/default/files/documents/b1bfa16b20ae9b89d525bc35de7c1643/detailed-guidelines-2026.pdf.

## CONCLUSION

For the reasons set forth herein, Ferreira's IFP Application is GRANTED.

IT IS SO ORDERED.

DATED: May 21, 2026 at Honolulu, Hawai'i.



Derrick K. Watson
Chief United States District Judge

---

*Julia Ferreira vs. Iron Gate Waikiki, LLC, et al*; Civil No. 26-00201 DKW-KJM;
**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**